UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
ATHAN UWAKWE, dba TOM CYP )
COMPUTERS,                )
                          )   No. C05-3197 BZ
         Plaintiff(s),    )
                          )   NOTICE OF RECUSAL
     v.                   )
                          )
INTEL CORPORATION,        )
                          )
         Defendant(s).    )
                          )
                          )
                          )
                          )
_____)
```

I hereby recuse myself in the above action.

Dated: August 12, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\UWAKWE.RECUSAL.wpd

1