UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHAN UWAKWE, dba TOM CYP COMPUTERS,<br><br>       Plaintiff(s),<br><br>  v.<br><br>INTEL CORPORATION,<br><br>       Defendant(s). | No. C05-3197 BZ<br><br>**NOTICE OF RECUSAL** |

I hereby recuse myself in the above action.

Dated: August 12, 2005

*/s/ Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\UWAKWE.RECUSAL.wpd

1